**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
**MARJORIE ANDERSON-SLOLEY,**

               **Plaintiff,**                               <u>**ORDER**</u>

   - against -                                    **04 CV 5387 (NG) (VVP)**

**DUANE READE, INC.,**

               **Defendant.**
-------------------------------------------------------x

**GERSHON, United States District Judge:**

      Defendant Duane Reade, Inc., has moved to dismiss the complaint of plaintiff Marjorie Anderson-Sloley, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, for failure to state a claim under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000(e) *et seq.* Under the Supreme Court's holding in *Swierkiewicz v. Sorema N.A.*, 534 U.S. 506 (2002), a plaintiff alleging employment discrimination need only satisfy the notice pleading standard of Rule 8(a) of the Federal Rules of Civil Procedure to survive a motion to dismiss. The court is persuaded that plaintiff's complaint sufficiently states a claim under Title VII, therefore, defendant's motion is denied.

      As indicated at oral argument on January 4, 2006, the parties are directed to contact Magistrate Judge Viktor Pohorelsky to schedule a conference regarding discovery and possible settlement. The parties are further directed to expeditiously complete discovery and to begin discovery immediately.

                                                        **SO ORDERED.**

                                                     */s/ Nina Gershon*
                                                     **NINA GERSHON**
                                                     **United States District Judge**

**Dated: Brooklyn, New York**
        **January 5, 2006**